IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TED KNOX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:10-cv-1001-GPM-DGW |
| | ) |
| DOCTOR FURLONG, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is *pro se* Plaintiff Ted Knox's Motion to Compel Disclosure (Doc. 52). Plaintiff states that Defendant Terry Caliper has refused to provide initial disclosures and has failed to respond to Plaintiff's first set of interrogatories and second requests for production. Defendants Butler, Furlong, George, Melton, Miller, Qualls, and Wexford Health responded to the motion indicating they responded to all discovery requests submitted by Plaintiff (Doc. 53). In reply, Plaintiff specified that Defendant Caliper is the only defendant from whom he has not received discovery responses (Doc. 55).

In response, Defendant Caliper informed the Court that on March 12, 2012, she responded to requests for production and first set of interrogatories received from Plaintiff, and on May 29, 2012, she supplemented her responses to the requests for production (Doc. 54). Defendant Caliper indicated, however, that she did not separately receive the second requests for production attached to Plaintiff's Motion to Compel. Defendant Caliper has now received the second requests for production as an attachment to the motion.

Accordingly, to the extent that Plaintiff's second requests for production seek information not already produced, Defendant Caliper is **ORDERED** to respond to the Plaintiff's second requests for production by **July 13, 2012**. Plaintiff's Motion to Compel is **GRANTED** as to Defendant Caliper and found **MOOT** as to Defendants Butler, Furlong, George, Melton, Miller, Qualls, and Wexford Health.

**IT IS SO ORDERED.**

**DATED: June 25, 2012**

**DONALD G. WILKERSON**
**United States Magistrate Judge**